IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANTHONY MEYER | ) | |
| | ) | |
| Petitioner, | ) | No. 15-10165 |
| | ) | |
| v. | ) | |
| | ) | |
| MERRILL LYNCH, PIERCE, | ) | |
| FENNER, AND SMITH, INC., and | ) | |
| FINRA, | ) | |
| | ) | |
| Respondents. | ) | |

### PETITION TO CONFIRM ARBITRATION AWARD

NOW COMES Petitioner Anthony Meyer by and through his attorney and pursuant to 9 U.S.C. § 9, moves to confirm an arbitration award, and states as follows:

1. Petitioner filed an arbitration against Respondent before the Financial Industry Regulatory Authority ("FINRA") on July 11, 2014, FINRA Arb No. 14-02212 (the "Arbitration") seeking expungement of false and defamatory statements made by Respondent on registration records maintained by the Central Registration Depository ("CRD").

2. A recorded Hearing was had on February 27, 2015 so the parties could present evidence on Claimant's request for expungement. Respondent did not contest the request for expungement.

3. Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1331, and 9 U.S.C § 9.

4. On April 16, 2015, an award (a copy of which is attached as Exhibit "A" hereto) was entered by FINRA is the arbitration.

5. A copy of this petition to confirm has been served via email and regular mail on the counsel of record for Respondents Merrill Lynch who appeared on its behalf at the arbitration. Pursuant to Rule 2080 FINA has been named as a party and served via its registered agent for service, Corporate Creations.

WHEREFOR, the Petitioner prays that this Court enter a judgment consistent with the arbitration award attached hereto as Exhibit A.

Respectfully submitted,<br>
ANTHONY MEYER, Petitioner<br>
<br>
By: /s/ Schuyler D. Geller<br>
One of his Attorneys

Schuyler Geller, Esq.
BELLOWS AND BELLOWS, P.C.
Attorneys for Complainant
209 South LaSalle Street, Suite 800
Chicago, Illinois  60604
(312) 332-3340
(312) 332-1190 Facsimile